Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:   619-758-1891
Fax:   619-296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc., and Sallie Mae, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN ALDAZ, an individual, | Case No.  CV 12-4205 DMG (SPx) |
| Plaintiff, | ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE  [30] |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC.; SALLIE MAE, INC.; and  DOES 1 through 10 inclusive, | |
| Defendants. | |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Vivian Aldaz and Defendants NCO Financial Systems, Inc. and Sallie Mae, Inc., the above-captioned action is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated:  April 2, 2013                 _____
                                                          DOLLY M. GEE
                                                          UNITED STATES DISTRICT JUDGE